# EXHIBIT B

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

STANLEY E. FISHER
(202) 434-5289
sfisher@wc.com

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 4, 2013

**VIA EMAIL & FEDERAL EXPRESS**

Clay Beery, Esquire
Corporate Counsel
Laitram, L.L.C.
200 Laitram Lane
Harahan, Louisiana 70123

Joel E. Bair, Esquire
G. Thomas Williams, Esquire
McGarry Bair PC
32 Market Avenue SW, Suite 500
Grand Rapids, Michigan 49503

Re: Intralox's Statements to Volta Customers

Dear Counsel:

This firm represents Volta Belting Technology Limited.

Volta has been informed that Intralox has recently told some of Volta's customers that buying Volta's Positive Drive belts would infringe Intralox's U.S. Patent No. 7,850,562, which purports to cover certain conveyor systems and methods employing a "limiter." We have carefully examined this patent; Volta's sale of its Positive Drive belts does not infringe this patent, if it is valid (and we think it is not). Nor would customers infringe the patent by using Volta belts in a system that includes Intralox's limiter or which does not employ a limiter, as well as in many other instances. Moreover, as you know, the Intralox patents purportedly covering belts were cancelled by the Patent Office following ex parte reexamination requests by Volta. By falsely telling Volta's customers that purchasing Volta's belt and using it would infringe U.S. Patent No. 7,850,562, Intralox is tortuously interfering with and damaging Volta's business. We are continuing to investigate these incidents and this patent, and will consider appropriate legal action, if the statements do not stop. We request that Intralox immediately take steps to stop such conduct and inform us that this has occurred.

Please contact me if you would like to discuss this matter.

Sincerely yours,

Stanley E. Fisher